UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GERTRAND ISIDORE                                      CIVIL ACTION

VERSUS                                                NO. 25-410

WESTPORT LINEN SERVICES,                              SECTION: "J"(3)
LLC ET AL.

### ORDER AND REASONS

Considering the foregoing *Re-Urged 12(b)(5) Motion to Dismiss* **(Rec. Doc. 14)**, filed by Defendant Westport Linen Services, LLC,

**IT IS HEREBY ORDERED** that the motion is **DENIED**. Plaintiff Gertrand Isidore has finally made personal service on Defendant Westport Linen Services, LLC's registered agent, (Rec. Doc. 16)—175 days after the filing of his Complaint and thirteen days beyond the deadline previously extended by the Court in an Order and Reasons quashing defective service, (Rec. Doc. 12).

These repeated procedural errors, however, are plainly attributable not to Plaintiff, but his counsel. This Court will not extinguish any rights Plaintiff may have through this action. Exercising a district court's broad discretion over deadline extensions for service, the Court finds the previous defects cured. Defendant shall file its responsive pleadings in conformity with the deadlines established by the federal and local rules.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion for Leave of Court to Effect Service Outside the Time Delays Allowed by the Court* **(Rec. Doc. 17)** is

1

**DENIED as moot**.

New Orleans, Louisiana, this 3rd day of September, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE